Local MIE Form 1A
(7/02)                              Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Michigan

UNITED STATES OF AMERICA

        v.

STEVE JEROME BROOKS                                            Crim. No. 95-CR-81146-07

      On July 8, 2011, the Court authorized the issuance of a warrant. On July 11, 2011, BROOKS turned himself in on this warrant. A court hearing was scheduled for July 19, 2011, at 3:15 p.m. On July 19, 2011, the alleged violations of supervised release were heard in Court. BROOKS admitted guilt to violations two through four and the following was ordered:

    BROOKS is continued on supervised release.

    BROOKS shall enter a Residential Reentry Center for 365 days. All original conditions remain in effect.

    BROOKS' term of supervision is considered ZERO TOLERANCE.


                                            Respectfully submitted,

                                            s/Tracy Kosmas
                                            Senior United States Probation Officer
                                            (313) 234-5272

### ORDER OF THE COURT

    Pursuant to the above, it is ordered that the offender reside in an RRC and his supervision is continued with ZERO TOLERANCE. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

      Dated this <u>21st</u> Day of <u> July </u>, 2010.


                                            s/Patrick J. Duggan
                                            United States District Judge